UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHNNY TWITTY,<br><br>                    Petitioner,<br><br>     v.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | No. C13-5947 BHS-KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED** this 20th day of November, 2013.

                                                           Karen L. Strombom
                                                           United States Magistrate Judge

ORDER GRANTING IFP  - 1