UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHNNY TWITTY,

                Petitioner,

  v.

STATE OF WASHINGTON,

                Respondent.

No. C13-5947 BHS-KLS

ORDER DIRECTING SUBSTITUTION OF PARTY

      Petitioner John Twitty has filed a petition for writ of habeas corpus naming the State of Washington as Respondent. ECF No. 1-1. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Twitty is currently confined at the Stafford Creek Corrections Center (SCCC). The Superintendent of SCCC is Patrick Glebe.

      Accordingly, the Clerk of Court is directed to substitute Patrick Glebe as the Respondent in this action. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

      **DATED** this <u>20th</u> day of November, 2013.

                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 1